IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA YVETTE SHARPE, | : | |
| | : | 1:12-cv-1273 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. J. Andrew Smyser |
| HARRISBURG HOSPITAL, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### August 21, 2012

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation of Magistrate Judge J. Andrew Smyser (Doc. 6) is **ADOPTED** in its entirety.

2. This action is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge